■ In the Matter of FRANK S. PALEN, an Attorney, Resignor. [670 NYS2d 125] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)

■ In the Matter of DAN W. REICHER, an Attorney, Resignor. [668 NYS2d 977] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Mar. 2, 1998.)

■ In the Matter of RICHARD C. SOUTHARD, a Suspended Attorney. [670 NYS2d 127] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD HARRIS, Appellant. [670 NYS2d 127] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Smith, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Lawton, Hayes, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE A. KING, Appellant. [670 NYS2d 126] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Ward, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Balio and Boehm, JJ.